# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

No. 14-3010                                                September Term, 2013

1:13-cr-00131-RJL-1
1:13-cr-00131-RJL-2

Filed On: July 17, 2014 [1503238]

United States of America,

    Appellee

    v.

Melvin Knight,

    Appellant

------------------------------

Consolidated with 14-3016

### O R D E R

    Upon consideration of the court's briefing schedule orders filed June 13, 2014, and June 18, 2014, it is

    **ORDERED**, on the court's own motion, that the scheduling orders be vacated. It is

    **FURTHER ORDERED** that these cases be consolidated.

                                                      **FOR THE COURT:**
                                                      Mark J. Langer, Clerk

                        BY:    /s/
                                                      Amy Yacisin
                                                      Deputy Clerk