```
            IN THE UNITED STATES COURT OF APPEALS
             FOR THE DISTRICT OF COLUMBIA CIRCUIT
```

UNITED STATES OF AMERICA        :

    v.                           :       No. 14-3010

MELVIN KNIGHT                   :

*******************************

UNITED STATES OF AMERICA        :

    v.                           :       No. 14-3016

AARON J. THORPE                 :

    <u>JOINT MOTION FOR EXTENSION OF TIME IN WHICH TO FILE</u>
                <u>PROPOSED BRIEFING FORMAT</u>

    The parties in this consolidated appeal move this Honorable Court for a 45-day extension of time in which to file the Proposed Briefing Format.  In support the parties state the following.

    1.  The Proposed Briefing Format is due on September 3, 2014.

    2. Counsel for appellants have two other briefs due within the next few weeks.  For that reason, counsel for appellants have been unable to determine exactly what issues will be raised.  Since the parties intend to file a Joint Proposed Briefing Format, the extension, if granted, necessarily should apply to the appellee as well.

Wherefore, the parties request that this motion be granted.

                        Respectfully submitted,

/s/_____
Mary E. Davis
Counsel for Melvin
Davis & Davis
1350 Connecticut Avenue, NW
Suite 202
Washington, DC 20036
(202) 234-7300

/s/_____
Howard B. Katzoff
Law Office of Howard B. Katzoff
717 D Street, NW
Suite 310
Washington, DC 20004
(202) 783-6414

/s/_____
Elizabeth H. Danello
Deputy Chief, Appellate Division
U.S. Attorney's Office for the
    District of Columbia
555 Fourth Street, NW Room 8106
Washington, DC 20530
(202) 252-6768

### CERTIFICATE OF SERVICE

I hereby certify that a copy of this Motion was served upon all counsel of record via the Court's ECF System on this 21st day of August 2014.

/s/_____
Mary E Davis